IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CEDRIC MARTIN                                                                                           PLAINTIFF

v.                                              Case No. 4:15-cv-04059

DEWAYNE FLOYD; NURSE N. BROWN;
and LIEUTENANT ADAMS                                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 23, 2015, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 19). Judge Marschewski recommends the Motion to Dismiss (ECF No. 8) filed by Defendant Brown be granted.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, the Motion to Dismiss filed by Defendant Brown (ECF No. 8) is hereby **GRANTED**. All claims against Nurse N. Brown are dismissed without prejudice. Claims against the other defendants may proceed.

**IT IS SO ORDERED**, this 11th day of December, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge