IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CEDRIC D. MARTIN                                                                                       PLAINTIFF

v.                           Civil No. 4:15-cv-04059

DEWAYNE FLOYD, NURSE N. BROWN
And LIEUTENANT GOLDEN ADAMS                                                            DEFENDANTS

**O R D E R**

Plaintiff, Cedric D. Martin, proceeds in this matter *pro se* and *in forma pauperis*. Currently before the Court is the matter of the upcoming hearing on Defendants' Motion for Summary Judgment scheduled for Thursday, June 9, 2016, at 3:00pm in Fort Smith, Arkansas.

At this hearing Plaintiff will provide an oral response to Defendants' Motion for Summary Judgment. Plaintiff may also present exhibits supporting his oral response. Plaintiff is **DIRECTED** to mail in any documents he wishes to use as exhibits no later than **Thursday, June 2, 2016.** Plaintiff is also advised that he is responsible for his own transportation to the **Judge Isaac C. Parker Federal Building, 30 South 6th Street - Room 226, Fort Smith, Arkansas, for the hearing on Thursday, June 9, 2016 at 3:00pm**.

Plaintiff is **DIRECTED** to inform the Court no later than **Thursday, June 2, 2016** of his intent to appear at the hearing on June 9, 2016. Plaintiff is further advised that his failure to inform the Court that he does intend to appear will result in the cancellation of this hearing and subject this matter to dismissal.

**IT IS SO ORDERED** this 24th day of May 2016.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE