IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CEDRIC MARTIN                                                                                               PLAINTIFF

v.                                            Case No. 4:15-cv-04059

DEWAYNE FLOYD; NURSE N. BROWN;
and LIEUTENANT ADAMS                                                                              DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed June 16, 2016, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 33). Judge Marschewski recommends the Motion for Summary Judgment (ECF No. 28) filed by Defendants be granted.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, the Motion for Summary Judgment filed by Defendants Dewayne Floyd, Nurse N. Brown, and Lieutenant Golden Adams (ECF No. 28) is hereby **GRANTED**. All claims against all Defendants are dismissed.

**IT IS SO ORDERED**, this 7th day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge